## FOREMAN *v.* WARDEN OF THE MARY-LAND PENITENTIARY

[App. No. 44, September Term, 1963.]

*Decided December 6, 1963.*

Before BRUNE, C. J., and HENDERSON, HAMMOND, MAR-
BURY and SYBERT, JJ.

PER CURIAM.

For the reasons given by the court below, this application
for leave to appeal is denied.